# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 26-01491MJ-001-TUC-NA |
| Plaintiff, | **ORDER** |
| v. | |
| Patrick Gary Schlegel, | |
| Defendant. | |

Defense Counsel having filed a Motion for Visitation at Hospital [Doc. 9], with no objection from the Government, and reasonable cause appearing,

**IT IS ORDERED** that the Motion is **granted** and FPD Dmitry Kashtelyan and FPD Matei Tarail, as well as other members of the defense team, are granted reasonable access to visit Patrick Gary Schlegel, while he is hospitalized and receiving medical care.

**IT IS FURTHER ORDERED** the Defense Counsel will coordinate the legal visitation with the United State Marshals and follow security protocols, as to not interfere with Mr. Schlegel's medical treatment.

**IT IS FURTHER ORDERED** that defense counsel and their team members are not allowed to disclose Mr. Schlegel's location to the public.

Dated this 30th day of January, 2026.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge

cc: United States Marshal;