TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHRISTINE A. MELTON
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christine.melton@usdoj.gov
       julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 26-mj-01491-N/A-MSA |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF RELATED CASES |
| Patrick Gary Schlegel, | |
| Defendant. | |

NOW COMES THE UNITED STATES OF AMERICA, by and through its attorneys undersigned, and pursuant to LRCrim 5.1(b)(1) hereby gives notice that the above-named defendant is related to the following separate cases, as charged in:

- *United States v. Patrick Gary Schlegel*, CR 23-00853-TUC-RM (BGM)
- *United States v. Patrick Gary Schlegel,* 25-mj-12326-N/A-JEM

A copy of this notice will be filed in each case.

Respectfully submitted this 25th day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
*s/Christine A. Melton*
*s/ Julie A. Sottosanti*
CHRISTINE A. MELTON
JULIE A. SOTTOSANTI
Assistant United States Attorneys

Copy of the foregoing served electronically
or by other means this 25th day of February, 2026, to:

All ECF Participants.